# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ORTIZ MOJARRO, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>WILLIAM BARR, et al., <br><br>　　　　　Defendants. | Case No. 1:20-cv-00126-DAD-SAB <br><br> ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS <br><br> (ECF No. 1) |

Plaintiff Sabas Ortiz Mojarro filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 1.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and

///
///
////
///
///
///

1

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by Plaintiff.

IT IS SO ORDERED.

Dated: **January 24, 2020**

UNITED STATES MAGISTRATE JUDGE