# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ORTIZ MOJARRO, | Case No. 1:20-cv-00126-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE PROOF OF SERVICE OR NOTICE OF STATUS OF SERVICE |
| v. | |
| WILLIAM BARR, et al., | FIVE DAY DEADLINE |
| Defendants. | |

Plaintiff Sabas Ortiz Mojarro filed this action on January 22, 2020. The summonses and mandatory scheduling order issued on January 27, 2020. The mandatory scheduling order stated that "plaintiff that shall diligently pursue service of the summons and complaint and dismiss those defendants against whom plaintiff will not pursue claims. The plaintiff shall promptly file proofs of service of the summons and complaint so the Court has a record of service." (ECF No. 9 at 1.) Counsel was referred to Fed. R. Civ. P. 4, regarding the requirement of timely service of the summons and complaint and advised that failure to serve in compliance with Rule 4 could result in the imposition of sanctions including dismissal of the unserved defendants. (Id. at 1-2.)

The mandatory scheduling conference in this matter is set for April 28, 2020, and Plaintiff has not returned proofs of service nor has a request to continue the scheduling conference been filed. At this time, it is not clear whether the scheduling conference should be held on April 28, 2020 or be continued.

1

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, Plaintiff shall either file proofs of service in this matter or file a notice of the status of service in this matter.

IT IS SO ORDERED.

Dated:  **April 7, 2020**

_____
UNITED STATES MAGISTRATE JUDGE