# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRAS ORTIZ MOJARRO, | Case No. 1:20-cv-00126-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS AND CONTINUING SCHEDULING CONFERENCE |
| v. | |
| WILLIAM BARR, et al., | |
| Defendants. | SEVEN DAY DEADLINE |

Plaintiff Sabras Ortiz Mojarro filed this action on January 22, 2020. (ECF No. 1.) On January 27, 2020, Plaintiff's application to proceed *in forma pauperis* was granted and the summonses and new case documents, including the order setting the mandatory scheduling conference were issued. (ECF No. 6-9.) The mandatory scheduling conference was set for April 28, 2020. (ECF No. 9.)

On April 4, 2020, due to the pending scheduling conference, an order was filed requiring Plaintiff to file either proof of service on Defendants or a notice of the status of service within five days. (ECF No. 11.) More than five days have passed and Plaintiff has not complied with or otherwise responded to the April 8, 2020 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to

1

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven (7) days of the date of entry of this order, Plaintiff shall show cause in writing why sanctions, up to and including dismissal of this action, shall not be imposed for the failure to comply with the April 8, 2020 order;

2. The mandatory scheduling conference set for April 28, 2020 is CONTINUED to July 21, 2020, at 3:00 p.m. in Courtroom 9; and

3. The parties shall file a joint status report seven (7) days prior to the continued date; and

4. **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure comply and failure to prosecute.**

IT IS SO ORDERED.

Dated:  **April 14, 2020**

_____
UNITED STATES MAGISTRATE JUDGE